DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CECIL DAUGHTREY, JR., and
PATRICIA A. DAUGHTREY,

Appellants,

v.

72 PARTNERS, LLC,

Appellee.

No. 2D20-3240

_____

September 1, 2021

Appeal from the Circuit Court for Sarasota County; Stephen M. Walker, Judge.

Cecil Daughtrey, Jr., and Patricia A. Daughtrey, pro se.

Jennifer Erin Jones of McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matthews, P.A., Tampa, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.